**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| VOLVO FINANCIAL SERVICES | § | CAUSE NO |
| A DIVISION OF VFS US LLC, | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | 7:16-CV-00564 |
| | § | |
| | § | |
| COMERCIALIZADORA DEL VALLE | § | |
| LLC, DE LUCIO TRUCKS LLC, | § | |
| MIGUEL ANGEL DE LUCI O & | § | |
| ENRIQUETA DE LUCIO | § | |
| DEFENDANTS | § | |

**DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, file this, Certificate of Interested Parties and respectfully provides the following information:

1.  A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

| | | |
|---|---|---|
| a. | Volvo Financial Services, Division of VFS US LLC | Plaintiff |
| b. | Comercializadora Del Valle, LLC | Defendant |
| c. | De Lucio Trucks, LLC | Defendant |
| d. | Miguel Angel De Lucio | Defendant |
| e. | Enriqueta De Lucio | Defendant |

1

Dated this December 8th, 2016.

Respectfully submitted,
**THE SANCHEZ LAW FIRM**

By: /s/ Sergio J. Sanchez
Sergio J. Sanchez
Attorney in charge for Defendants
Comercializadora Del Valle, LLC, De Lucio
Trucks, LLC,  Miguel Angel De Lucio & Enriqueta
De Lucio
State Bar No. 24006617
Federal ID: 37229
sanchezlawfirm@aol.com
4842 S. Jackson Rd
Edinburg, TX 78539
Telephone No. 956/687-7700
Telecopy No. 956/687-7708

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all known counsel of record as set forth below, in compliance with the Federal Rules of Civil Procedure on this 8th day of December, 2016.

Michael P. Ridulfo
**Kane Russel Coleman & Logan PC**
501 Westheimer Rd.,
Ste. 1000
Houston, TX 77056
Telephone:  (713) 425-7442
Telecopier: (713) 425-7700
E-mail: Sergio J. Sanchezmridulfo@krcl.com

/s/ Sergio J. Sanchez
Sergio J. Sanchez

3