# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| VOLVO FINANCIAL SERVICES,<br>A DIVISION OF VFS US LLC,<br><br>       PLAINTIFF<br>VS.<br><br>COMERCIALIZADORA DEL VALLE<br>LLC, DE LUCIO TRUCKS LLC,<br>MIGUEL ANGEL DE LUCIO<br>AND  ENRIQUETA DE LUCIO,<br><br>       DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 7:16-cv-00564 |

## JOINT MOTION TO DISMISS

Volvo Financial Services, A Division of VFS US LLC ("Plaintiff") and Comercializadora Del Valle, LLC, De Lucio Trucks LLC, Miguel Angel De Lucio and Enriquetta De Lucio (collectively, the "Defendants"), file this their Joint Motion to Dismiss (the "Motion"), and in support thereof, respectfully show the Court as follows:

1. The parties have reached a settlement that resolves this matter.

WHEREFORE, Plaintiff and Defendants respectfully request that this Court dismiss this case with prejudice, each party to bear its or their own costs, and grant the parties such other and further relief to which they may be entitled.

5263178 v1 (74500.00030.000)

Respectfully submitted,

KANE RUSSELL COLEMAN LOGAN PC

By:    */s/ Michael P. Ridulfo*
       Michael P. Ridulfo
       SD Tex. No. 27086
       State Bar No. 16902020
       mridulfo@krcl.com
       5051 Westheimer Road, Suite 1000
       Houston, Texas 77056
       Telephone:    (713) 425-7442
       Facsimile:    (713) 425-7700

       ATTORNEYS FOR PLAINTIFF
       VOLVO FINANCIAL SERVICES,
       A DIVISION OF VFS US LLC

THE SANCHEZ LAW FIRM, PLLC

By:    */s/ Sergio J. Sanchez*
       Sergio J. Sanchez
       State Bar No. 24006617
       Federal ID: 37229
       sanchezlawfirm@aol.com
       4842 S. Jackson Rd.
       Edinburg, TX 78539
       Telephone: (956) 687-7700
       Facsimile: (956) 687-7708

       ATTORNEY FOR
       COMERCIALIZADORA DEL VALLE,
       LLC, DE LUCIO TRUCKS LLC, MIGUEL
       ANGEL DE LUCIO, and ENRIQUETA DE
       LUCIO

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May, 2017, a true and correct copy of the foregoing was served on the following by e-mail and facsimile transmission.

Sergio J. Sanchez
The Sanchez Law Firm
sanchezlawfirm@aol.com
4842 S. Jackson Rd.
Edinburg, Texas 78539
(956) 687-7700
(956) 687-7708 – Fax

*/s/  Michael P. Ridulfo*
Michael P. Ridulfo

5263178 v1 (74500.00030.000)